

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00488-CR

**In re** Gary L. **Kennedy**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On August 2, 2016, Relator filed a petition for writ of mandamus. The court has determined that the mandamus petition is now moot. Accordingly, the petition for writ of mandamus is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on August 15, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15 day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR7948 and 2015CR3877, styled *State of Texas v. Gary L. Kennedy*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.